**Registration Number**

# VA 2-466-683

**Effective Date of Registration:**
June 27, 2025
**Registration Decision Date:**
November 20, 2025

## Title

**Title of Work:** Sun sets and moon rises 01

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 10, 2023
**Nation of 1st Publication:** China

## Author

- **Author:** Shenzhen Lingyi Innovation Technology Co.,Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Lingyi Innovation Technology Co.,Ltd
12F, Block C, Central Avenue Building, Xixiang BLVD West, Baoan District, Guangdong, China

## Rights and Permissions

**Organization Name:** Bayramoglu Law Offices LLC
**Name:** Nazly Aileen Bayramoglu
**Email:** tm@bayramoglu-legal.com
**Telephone:** (702)462-5973
**Address:** 1540 West Warm Springs Road
Suite 100
Henderson, NV 89014

## Certification

**Name:** Nazly Aileen Bayramoglu
**Date**:  June 27, 2025